**Guy GRAHAM, Movant, v. CITY OF BOWLING GREEN, Opposed.**

Court of Appeals of Kentucky.

Jan. 25, 1944.

Roscoe Vincent for movant.

J. T. Orendorf, opposed.

PER CURIAM.

Motion for appeal overruled; judgment affirmed.

**T. N. HAZELIP et al., Movants, v. STRATTON & TERSTEGGE CO., Opposed.**

Court of Appeals of Kentucky.

Jan. 25, 1944.

Claude Hudgins for movants.

Garner M. Petrie and Robert E. Hogan, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**R. L. MEARS, Appellant, v. COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Feb. 1, 1944.

Fred Faulkner and Geo. O. Bertram for appellant.

Hubert Meredith, Attorney General, and W. Owen Keller, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.